IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES ASARE FORDJOUR,

    Petitioner,                               No. 2:11-cv-2042 MCE KJN P

    vs.

SECRETARY OF U.S. DEPARTMENT
OF HOMELAND SECURITY,

    Respondent.                              ORDER

_____/

        Petitioner, proceeding without counsel, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Examination of this action and the court's records reveals that the petitioner has previously filed a petition for relief in the same matter.[1]  (No. 2:09-cv-1800 JAM EFB (lead case).)  Pursuant to Local Rule 190(d), the above-captioned action will be reassigned to the Judge and Magistrate Judge who considered the prior petition.

        The parties should be aware that reassigning this action under Local Rule 190(d) merely has the result that the action is assigned to the Judge and Magistrate Judge who considered the prior petition; no consolidation of the actions is effected.

---

[1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.  This action is reassigned to Judge John A. Mendez and Magistrate Judge
3   Edward F. Brennan for all further proceedings; henceforth, the caption on documents filed in this
4   action shall be shown as No. 2:11-cv-2042 JAM EFB; and
5   2.  The Clerk of the Court shall make appropriate adjustment in the assignment of
6   civil cases to compensate for this reassignment.
7   DATED:  October 21, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ford2042.190